1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone:  (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  Attorneys for Defendants Johnson &
   Johnson and Ethicon, Inc.
7

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF NEVADA

10 | TAMARA J. TOWNSEND, | Case No. 2:20-cv-01984-APG-DJA
11 | Plaintiff, |
12 | vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT**
13 | ETHICON, INC.; and JOHNSON & JOHNSON, |
14 | | **(FIRST REQUEST)**
15 | Defendants. |

16  Plaintiff Tamara J. Townsend and Defendants Ethicon, Inc. and
17 Johnson & Johnson (collectively referred to as "the Parties") stipulate to extend the
18 deadline to file the joint status report required by the Court's November 26, 2020
19 Minute Order (ECF No. 78)  for a period of 14 days, from November 26, 2020 to
20 December 9, 2020.
21  The Parties request this extension because (1) the due date falls on the
22 Thanksgiving holiday and (2) due to counsel's recent substitution into the case.
23 Additional time will permit the Parties to better inform the Court as to the prior
24

KAEMPFER CROWELL

2688022_1   17671.23

Page 1 of 2

proceedings in this case during the MDL litigation and what outstanding issues remain to be resolved in this Court.

| | |
|---|---|
| AYLSTOCK WITKIN KREIS & OVERHOLTZ | KAEMPFER CROWELL |
| /s/ Bryan Aylstock<br>Bryan Aylstock<br>Daniel Thornburgh<br>Brad Bradford<br>17 East Main Street<br>Pensacola, Florida 32502<br><br>Attorneys for Plaintiff Tamara J. Townsend | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 1, 2020