KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

BUTLER SNOW LLP
Anita Modak-Truran *(pro hac vice)*
150 3rd Avenue South, Suite 1600
Nashville, Tennessee 37201
Telephone: (615) 651-6751
Facsimile: (615) 651-6701
Email: anita.modak-truran@butlersnow.com

Attorneys for Defendants Johnson &
Johnson and Ethicon, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA J. TOWNSEND,<br><br>    Plaintiff,<br><br>vs.<br><br>ETHICON, INC.; and JOHNSON & JOHNSON,<br><br>    Defendants. | Case No. 2:20-cv-01984-APG-DJA<br><br>**JOINT STIPULATION FOR DISMISSAL OF CERTAIN CLAIMS** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Tamara Townsend and Defendants Johnson & Johnson and Ethicon, Inc. (collectively "the parties") stipulate to voluntarily dismiss the following claims in this action with prejudice, with each side to bear her and their own costs:

    1.    Count II: Strict Liability—Manufacturing Defect;

2. Count VII: Fraudulent Concealment;

3. Count VIII: Constructive Fraud;

4. Count IX: Negligent Misrepresentation;

5. Count XI: Breach of Express Warranty;

6. Count XII: Breach of Implied Warranty; and

7. Count XIII: Violation of Consumer Protection Laws.

In light of the parties' stipulation to the dismissal of Counts II, VII, VIII, IX, XI, XII, and XIII, the parties agree that only claims that remain for the Court to resolve are Counts I, III, IV, V, VI, X, XIV, XV, XVII, and XVIII.

| WETHERALL GROUP, LTD. | KAEMPFER CROWELL |
|---|---|
| */s/ Peter C. Wetherall* | |
| Peter C. Wetherall, No. 4414 | Robert McCoy, No. 9121 |
| 9345 West Sunset Road, Suite 100 | Sihomara L. Graves, No. 13239 |
| Las Vegas, Nevada 89148 | 1980 Festival Plaza Drive, Suite 650 |
| | Las Vegas, Nevada 89135 |
| AYLSTOCK WITKIN KREIS & OVERHOLTZ | BUTLER SNOW LLP |
| Bryan F. Aylstock *(pro hac vice)* | Anita Modak-Truran *(pro hac vice)* |
| Bobby J. Bradford *(pro hac vice)* | 150 3rd Avenue South, Suite 1600 |
| Daniel J. Thornburgh *(pro hac vice)* | Nashville, Tennessee 37201 |
| 17 East Main Street | |
| Pensacola, Florida 32502 | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |
| Attorney Plaintiff Tamara J. Townsend | |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: February 17, 2021