UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA J. TOWNSEND,<br><br>Plaintiff,<br><br>vs.<br><br>ETHICON, INC.; and JOHNSON & JOHNSON,<br><br>Defendants. | Case No. 2:20-cv-01984-ART-DJA<br><br>**ORDER GRANTING IN PART**<br><br>**STIPULATION EXTENDING DEADLINE FOR FILING JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff Tamara Townsend and Defendants Johnson & Johnson and Ethicon, Inc. (collectively "the parties") stipulate to extend the parties' deadline to file their joint pretrial order from August 31, 2023 to September 30, 2023.

This request is made on the basis that the parties wish to discuss certain issues pertinent to the parties' joint pretrial order prior to filing the joint pretrial order. The parties' status conference is currently being scheduled.

Given that the status conference will potentially impact the content of the joint pretrial order, the parties request that the current deadline for the parties to submit a joint pretrial order be extended to September 30, 2023, after the parties' status conference.

**ORDER**

At the request of counsel, a status conference is hereby scheduled for Wednesday, September 27, 2023, at 1:00 p.m., before U.S. District Court Judge Anne R. Traum in a Las Vegas courtroom to be determined.

The deadline to file a joint pretrial order is hereby suspended. The Court will reestablish the deadline for the order with counsel at the status conference.

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: September 11, 2023.