**WETHERALL GROUP, LTD.**
Peter C. Wetherall (NV No. 04414)
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
(702) 838-8500
Fax: (702) 837-5081
Email: pwetherall@wetherallgroup.com

**ALYSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
Bobby J. Bradford (*pro hac vice*)
Daniel J. Thornburgh (*pro hac vice*)
17 East Main Street
Pensacola, FL 32502
(850) 202-1010
Fax: (850) 916-7449
Email: bbradford@awkolaw.com
　　　dthornburgh@awkolaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMARA TOWNSEND,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ETHICON, INC., and JOHNSON & JOHNSON,<br><br>　　　　Defendants | Case No.: 2:20-cv-01984-ART-DJA<br><br>PLAINTIFF'S NOTICE OF WITHDRAWAL OF CERTAIN ATTORNEYS FROM AYLSTOCK, WITKIN, KREIS, AND OVERHOLTZ, PLLC |

　　　　Plaintiff, Tamara Townsend, hereby notifies the Court that D. Renee Baggett, Douglass A. Kreis, Nathan C. Bess, and S. Mary Liu of Aylstock, Witkin, Kreis, and Overholtz, PLLC are no longer representing Plaintiff in this matter since it was remanded from MDL 2327, *Ethicon, Inc., Pelvic Repair System Products Liability Litigation* by the Honorable Joseph R. Goodwin of the United States District Court Southern District of West Virginia. However,

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF CERTAIN ATTORNEYS FROM AYLSTOCK, WITKIN, KREIS, AND OVERHOLTZ, PLLC - 1**

Plaintiff continues to be represented by Bobby J. Bradford and Daniel Thornburgh of Aylstock, Witkin, Kreis, and Overholtz, PLLC, and Peter C. Wetherall of Wetherall Group, Ltd.

Dated: October 13, 2023

/s/ Bobby J. Bradford
ALYSTOCK WITKIN KREIS & OVERHOLTZ, PLLC
Bobby J. Bradford (*pro hac vice*)
Daniel J. Thornburgh (*pro hac vice*)
17 East Main Street
Pensacola, FL 32502
(850) 202-1010
Fax: (850) 916-7449
Email: bbradford@awkolaw.com
       dthornburgh@awkolaw.com

WETHERALL GROUP, LTD.
Peter C. Wetherall (NV No. 04414)
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
(702) 838-8500
Fax: (702) 837-5081
Email: pwetherall@wetherallgroup.com

*Counsel for Plaintiff*

**IT IS SO ORDERED**.

DATED: 10/17/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF CERTAIN ATTORNEYS FROM AYLSTOCK, WITKIN, KREIS, AND OVERHOLTZ, PLLC - 2**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

                                    */s/ Bobby J. Bradford*
                                    Bobby J. Bradford

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF CERTAIN ATTORNEYS FROM AYLSTOCK, WITKIN, KREIS, AND OVERHOLTZ, PLLC - 3**