UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA J. TOWNSEND, | Case No. 2:20-cv-01984-ART-DJA |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| ETHICON, INC.; and JOHNSON & JOHNSON, | **STIPULATION TO STAY PROCEEDINGS** |
| Defendants. | |

Plaintiff Tamara J. Townsend, and Defendants Johnson & Johnson and Ethicon, Inc. advise the Court they have reached an agreement to resolve this matter.

It will likely take several months before the settlement will be finalized. The parties jointly stipulate and request that all deadlines and other

1  proceedings in this case be stayed for a period of 120 days, until Tuesday, March
2  12, 2024 to allow time for the settlement to be concluded.  The parties will file
3  dismissal papers as soon as the settlement is finalized.  In the event the settlement
4  is not finalized by that date, the parties stipulate to file a joint status report to
5  inform the Court of the status of the settlement.

| AYLSTOCK WITKIN KREIS & OVERHOLTZ | KAEMPFER CROWELL |
|---|---|
| /s/ Bobby J. Bradford<br>Bobby J. Bradford *(pro hac vice)*<br>Daniel J. Thornburgh *(pro hac vice)*<br>Bryan F. Aylstock *(pro hac vice)*<br>17 East Main Street<br>Pensacola, Florida 32502 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| WETHERALL GROUP, LTD.<br>Peter C. Wetherall, No. 4414<br>9345 West Sunset Road, Suite 100<br>Las Vegas, NV 89148 | BUTLER SNOW LLP<br>Anita Modak-Truran *(pro hac vice)*<br>150 3rd Avenue South, Suite 1600<br>Nashville, Tennessee 37201 |
| Attorneys for Plaintiff<br>Tamara J. Townsend | Attorneys for Defendants Johnson & Johnson and Ethicon, Inc. |

**ORDER**

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: November 15, 2023