**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMARA J. TOWNSEND,  <br><br>         Plaintiff,  <br><br>vs.  <br><br>ETHICON, INC. AND JOHNSON & JOHNSON,  <br><br>         Defendants. | Case No. 2:20-cv-01984-ART-DJA  <br><br>**ORDER GRANTING**  <br><br>STIPULATION OF DISMISSAL |

Plaintiff Tamara J. Townsend and Defendants Ethicon, Inc. and Johnson & Johnson submit this Joint Stipulation of Dismissal with Prejudice. Plaintiff has reached an agreement with Defendants to resolve all of her claims in this action. Based on the foregoing, the parties respectfully request that the Court dismiss all pending claims in this case with prejudice, with each party bearing its own attorneys' fees and costs.

STIPULATION OF DISMISSAL - 1

Dated:  March 6, 2024

*/s/ Daniel J. Thornburgh*
Daniel J. Thornburgh (*pro hac vice*)
Bobby J. Bradford (*pro hac vice*)
Bryan F. Aylstock (*pro hac vice*)
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, Florida 32502

Peter C. Wetherall, No. 4414
WETHERALL GROUP, LTD.
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148

*Counsel for Plaintiff Tamara J. Townsend*

Respectfully submitted,

*/s/ Robert McCoy*
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Anita Modak-Truran (*pro hac vice*)
BUTLER SNOW LLP
150 3rd Avenue South, Suite 1600
Nashville, Tennessee 37201

*Counsel for Defendants Ethicon, Inc. and Johnson & Johnson*

## ORDER

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: March 7, 2024

STIPULATION OF DISMISSAL - 2